UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr 129-RBD-DCI
 21 U.S.C. § 841(a)(1)
MONICSABEL ROMERO SOTO  18 U.S.C. § 924(c)
GIOVANY JOEL CRESPO HERNANDEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession with Intent to Distribute Controlled Substances)**

On or about April 17, 2024, in the Middle District of Florida, the defendant,

MONICSABEL ROMERO SOTO,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 500 grams or more of Cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

### COUNT TWO
**(Possession with Intent to Distribute Controlled Substances)**

On or about April 17, 2024, in the Middle District of Florida, and elsewhere, the defendants,

MONICSABEL ROMERO SOTO,
and
GIOVANY JOEL CRESPO HERNANDEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 2.

## COUNT THREE
### (Possession of a Firearm in Furtherance of Drug Trafficking)

On or about April 17, 2024, in the Middle District of Florida, and elsewhere, the defendants,

MONICSABEL ROMERO SOTO,
and
GIOVANY JOEL CRESPO HERNANDEZ,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a Court of the United States, specifically, possession with intent to distribute a controlled substance, as alleged in Count Two above; Count Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i) and 2.

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendants

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: a Glock 43X 9mm pistol with serial number BPEY721, a Glock 43X 9mm pistol with serial number CADE472, and assorted ammunition, all seized on or about April 17, 2024 from a residence on Guinevere Drive, in Casselberry, Florida.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

z

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _____
Stephanie A. McNeff
Assistant United States Attorney

By: _____ M/F _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34  
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida  
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

**MONICSABEL ROMERO SOTO**  
**GIOVANY JOEL CRESPO HERNANDEZ**

### INDICTMENT

Violation:

21 U.S.C. § 841(a)(1)  
18 U.S.C. § 924(c)(1)(A)(i)

A true bill,

_____                                     _____

Filed in open court this 15th day

of _____, 2024.

_____  
Clerk

Bail   $_____